## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**AMERICAN SERVICES, LLC**                                                **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 3:25cv263-GHD-JMV**

**M&A LAND MANAGEMENT, LLC,**
**ERIC PETTIGREW, JUSTIN HARRIS,**
**JAMES HINTON, and JOHN DOES 1-10**                              **DEFENDANTS**

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL, STAYING CASE AND EXTENDING DEADLINES

This matter is before the court on Attorney Richard Gerald Norris, II's Unopposed Motion to Withdraw as Counsel for Defendants M&A Land Management, LLC, Eric Pettigrew, Justin Harris, and James Hinton. [Dkt. 25]. Having considered the motion, the Court finds it well taken, and that it should be granted. As the withdrawal of Mr. Norris leaves M&A Land Management, LLC without counsel, the Court will *sua sponte* stay this case for a 30-day period to allow M&A time to obtain new counsel. All case management deadlines in this matter shall also be extended 30 days to accommodate the stay.

The United States Supreme Court has held that the right to represent oneself or proceed *pro se* is guaranteed by 28 U.S.C. § 1654. However, that "right is limited to appearing on behalf of one's self; one cannot represent another separate legal entity, such as another person, a corporation, or a partnership, *pro se.*" *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02, 113 S. Ct. 716, 121 L.Ed.2d 656 (1993). It is well settled law in the Fifth Circuit that "a corporation can appear in a court of record only by an attorney at law." *Southwest Express Co. v. *932 Interstate Commerce Comm'n*, 670 F.2d 53, 55 (5th Cir. 1982). "A corporation as a fictional legal person can only be represented by licensed counsel." *In re K.M.A., Inc.*, 652 F.2d 398 (5th Cir. 1981). The limitation on proceeding *pro se* extends to limited liability companies as well. *See*

*IntelliGender, LLC v. Soriano*, No. 2:10-cv-125-JRG, 2012 WL 1118820, *2 (E.D. Tex. April 3, 2012). In other words, a limited liability company may not represent itself or have an owner or officer represent it in federal court unless that person is a licensed attorney. *Travis v. Hall Tires & Collection, LLC*, No. 3:23CV209-MPM-RP, 2023 WL 6055499, at *1 (N.D. Miss. Sept. 15, 2023). **Failure to obtain counsel may result in a default judgment being entered against a pro se limited liability company.** *ABC Supply Co. v. All in One Renovations LLC*, No. 3:25-CV-144-DMB-JMV, 2025 WL 3022299, at *1 (N.D. Miss. Oct. 29, 2025).

**IT IS, THEREFORE, ORDERED** that the Motion to Withdraw [Dkt. 25] is **GRANTED**. Eric Pettigrew, Justin Harris, and James Hinton shall have 30 days from the date of this order to obtain new counsel, or inform the Court of their intent to proceed *pro se*. Unless and until new counsel enters an appearance on behalf of individual defendants Justin Harris, James Hinton, and Defendant/Counterclaimant Eric Pettigrew, these individuals may be served with pleadings at the following addresses provided by their former counsel:

| Eric Pettigrew | Justin Harris | James Hinton |
|---|---|---|
| 7 Stockton Cove | 811 Fairway Trail | 1430 Russell Road |
| Humboldt, Tennessee 38345 | Hernando, Mississippi 38632 | Bolivar, Tennessee 38008 |

Until new counsel enters an appearance on behalf of M&A Land Management, LLC, it may be served with pleadings at the following address provided by its former counsel:

M&A Land Management, LLC
109 Edwards Road
Byhalia, Mississippi 38611

This matter shall be stayed for 30 days from the date of this order to allow time for the defendants to obtain counsel. Plaintiff's expert designation deadline is reset to May 18, 2026. Defendants' expert designation deadline is reset to June 17, 2026. The discovery deadline is reset to July 8, 2026. The dispositive and Daubert motions deadline is reset to August 7, 2026.

**SO ORDERED** on this the 30th day of March, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**